**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darnell FREEMAN, Defendant— Appellant.**

**No. 06–7999.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 26, 2007.

Darnell Freeman, Appellant Pro Se. LeDora Knight, Office of the United

States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Freeman appeals the district court's order denying his motion to dismiss his indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Freeman*, No. 1:02–cr–00427 (E.D. Va. filed Nov. 20, 2006 & entered Nov. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*